# EXHIBIT C



**STATE OF NEW YORK
DIVISION OF MILITARY AND NAVAL AFFAIRS**
330 OLD NISKAYUNA ROAD
LATHAM, NEW YORK 12110-3514

GEORGE E. PATAKI
GOVERNOR
COMMANDER IN CHIEF

JOSEPH J. TALUTO
MAJOR GENERAL
THE ADJUTANT GENERAL

December 15, 2006

Facilities Management and Engineering

Ms. Eileen Murphy
Knickerbocker Greys
106 East 85th Street
New York, NY 10028

Re: Notice to Vacate and Remove all Property

Dear Ms. Murphy:

The State of New York, acting through the Empire State Development Corporation ("ESDC") on behalf of the Division of Military and Naval Affairs ("DMNA"), has leased the property of the New York State Armory at 643 Park Avenue, New York, NY ("the Armory"), except for the military demised premises and the shelter demised premises, to the Seventh Regiment Armory Conservancy, Inc. ("the Conservancy") for the purposes of restoration and renovation of the building and creation of a cultural center.

Until now, the DMNA through its Armory superintendent and the Officer in Charge and Control had the authority to provide you with any right of access and meeting space within the Armory. Pursuant to the lease and applicable law, that responsibility is transferred to the Conservancy. Accordingly, if your organization desires to continue meeting periodically within the Armory, you must now make appropriate arrangements with the Conservancy which will set all rules and regulations for access to the Armory hereafter. Ms. Kirsten Reoch, Project Director of the Conservancy, is now the point of contact (telephone: 212-616-3937) for requesting meeting space within the Armory. Such use is contingent upon your organization being in compliance with Section 180-a of the Military Law, and all other applicable laws.

Please also be advised that, inasmuch as your organization has no leasehold, occupancy or other agreement of any kind at the Armory, you are hereby given notice to vacate and remove all personal property rightfully

Re: **Notice to Vacate and Remove all Property**

belonging to you from the Armory by January 3, 2007, which is a date at least ten (10) days from service of this notice. Right of access and scheduling of meetings must be scheduled through the Conservancy from that date forward.

Sincerely,

Michael Friess
Director
Facilities Management
	and Engineering Directorate

2