# EXHIBIT I



KATHY HOCHUL
Governor

HOPE KNIGHT
President, CEO & Commissioner

May 1, 2025

Knickerbocker Greys
Attention: Adrienne C. Rogatnick
Park Avenue Armory
643 Park Avenue
New York, NY 10065

Re:  Legacy Cadet Corp Program Designation

Dear Ms. Rogatnick,

Thank you for your letter dated March 14, 2025 and the accompanying materials.  After reviewing such materials, Empire State Development has determined that the Knickerbocker Greys (1) have sufficiently demonstrate that the cadet corps program has used or occupied the Seventh Regiment Armory for over one hundred years, and (2) are a Legacy Cadet Corp Program within the meaning of Section 180-A of the New York State Military Law.

Please feel free to contact me with any questions.

Regards,

*Joshua Bloodworth*
Joshua Bloodworth
EVP, Legal & General Counsel ESD