**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SEVENTH REGIMENT ARMORY CONSERVANCY, INC.,

                            Plaintiff,

          -against-                              ORDER

HOPE KNIGHT, in her official capacity as President, Chief Executive Officer, and Commissioner of Empire State Development Corporation,       25 Civ. 7373 (GBD)

                            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

        The preliminary injunction hearing currently scheduled for September 18, 2025 is hereby adjourned to September 30, 2025 at 10:30 am.

Dated: New York, New York
       September 17, 2025

                                                  SO ORDERED.

                                                  GEORGE B. DANIELS
                                                  United States District Judge