

Office of the New York State
Attorney General

Letitia James
Attorney General

September 18, 2025

**By ECF**

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Seventh Regiment Armory Conservancy, Inc. v. Knight*, SDNY No. 25-cv-7373 (GBD) – Joint Letter Concerning Schedule for Plaintiff's Motion for Injunctive Relief (ECF No. 8)

Dear Judge Daniels:

      This Office represents defendant Hope Knight ("Defendant"), sued in her official capacity as Commissioner of the Empire State Development Corporation, in the above-captioned action. I write jointly with counsel for plaintiff Seventh Regiment Armory Conservancy, Inc. ("Plaintiff") to respectfully request an adjournment of the September 30, 2025 hearing date regarding Plaintiff's motion for a temporary restraining order and preliminary injunction. ECF No. 19. The parties propose that Defendant's opposition to Plaintiff's motion would be due September 30, 2025, and Plaintiff's reply would be due October 14, 2025, with the hearing scheduled at the Court's convenience. In addition, Defendant would agree to delay executing an agreement with the Knickerbocker Greys pending the hearing. In the event that the Court reserves decision on Plaintiff's motion for a preliminary injunction at the hearing, the parties would then request the Court issue an interim order at the hearing to provide direction to the parties pending the Court's decision on the motion.

      Thank you for your time and consideration of this matter.

                        Respectfully submitted,

                        /s/
                        Yuval Rubinstein
                        Special Litigation Counsel
                        (212) 416-8673
                        yuval.rubinstein@ag.ny.gov
                        *Attorney for Defendant*

Honorable George B. Daniels  Page 2 of 2
September 18, 2025

                                        /s/_____
                                        Joshua E. Hollander
                                        Loeb & Loeb LLP
                                        (212) 407-4046
                                        jhollander@loeb.com
                                        *Attorney for Plaintiff*

cc:      All Counsel of Record (via ECF)