UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SEVENTH REGIMENT ARMORY CONSERVANCY, :
INC.,                                :
                                     :
                    Plaintiff,       :
                                     :
        -against-                    :           ORDER
                                     :
HOPE KNIGHT, in her official capacity as President, :   25 Civ. 7373 (GBD)
Chief Executive Officer, and Commissioner of Empire :
State Development Corporation,       :
                                     :
                    Defendant.       :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The parties' joint request to modify the briefing schedule on Plaintiff's Motion for Injunctive Relief, (ECF No. 8), is GRANTED. Defendant shall file a response to Plaintiff's motion by September 30, 2025. Plaintiff shall file a reply by October 14, 2025. The preliminary injunction hearing currently scheduled for September 30, 2025 is hereby adjourned to October 22, 2025 at 10:30 am.

Dated: New York, New York
       September 22, 2025

                                         SO ORDERED.

                                         *George B. Daniels* (signature)
                                         GEORGE B. DANIELS
                                         United States District Judge