

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

January 28, 2026

**By ECF**
Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  01/29/26 |

      Re:    *Seventh Regiment Armory Conservancy, Inc. v. Knight*, SDNY No. 25-7373 (GBD)

Dear Judge Moses:

      This Office represents defendant Hope Knight ("Defendant"), sued in her official capacity as Commissioner of the Empire State Development Corporation ("ESD), in the above-captioned action. I write, with the consent of Plaintiff's counsel, to respectfully request an adjournment of the initial conference scheduled for February 19, 2026 at 11:00 a.m., as I have a conflict that morning. I have conferred with Plaintiff's counsel, and the parties are available during the afternoon of February 19, as well as February 23 and 24, for the conference. This is Defendant's first request for an adjournment of the initial conference. Defendant thanks the Court for its consideration of this request.

Respectfully submitted,

/s/ _____
Yuval Rubinstein
Special Litigation Counsel
(212) 416-8673
yuval.rubinstein@ag.ny.gov
*Attorney for Defendant*

## MEMO ENDORSED

cc:    All Counsel of Record (via ECF)

Application GRANTED. The Initial Case Management Conference previously scheduled for February 19, 2026 is ADJOURNED to **February 24, 2026**, at **10:00 a.m.** All other provisions of this Court's Initial Case Management Order (Dkt. 40) remain in effect, including the joint pre-conference letter, now due no later than **February 17, 2026**. SO ORDERED

January 29, 2026

_____
**Barbara Moses, U.S.M.J.**