UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   05/20/26

SEVENTH REGIMENT ARMORY
CONSERVANCY, INC.,

    Plaintiff,

  -against-

HOPE KNIGHT, *in her official capacity as President, Chief Executive Officer, and Comm'r of Empire State Development Corp.*,

    Defendant.

25-cv-7373 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

  For the reasons discussed at today's status conference, the close of fact discovery (*see* Dkt. 44) is EXTENDED to **September 25, 2026**. No further extensions will be granted absent extremely compelling circumstances.

  The Court will hold a status conference in this matter on **August 19, 2026 at 10:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. If no controversies exist at that time, the parties may request that the conference be held telephonically. No later than **August 12, 2026**, the parties must submit a joint status letter outlining the progress of discovery to date, as well as any proposed expert discovery schedule, and updating the Court on their settlement efforts. Prior to submitting their joint status letter, lead counsel for the parties must meet and confer for at least 30 minutes regarding settlement.

Dated: New York, New York
    May 20, 2026

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**