USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 8/14/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEVENTH REGIMENT ARMORY CONSERVANCY, INC.,

Plaintiff,

-against-

HOPE KNIGHT, *in her official capacity as President, Chief Executive Officer, and Comm'r of Empire State Development Corp.*,

Defendant.

25-cv-7373 (GBD) (BCM)

**ORDER RESCHEDULING STATUS CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

In light of the issues raised in plaintiff's letter dated August 12, 2026 (*see* Dkt. 52), the status conference previously scheduled for August 18, 2026 (*see* Dkt. 49), is hereby ADJOURNED to **September 2, 2026 at 11:00 a.m.** No later than **August 28, 2026,** the parties must submit a joint status letter advising the Court of any updates to the discovery issues described in their letter dated August 12, 2026. (*See* Dkt. 53.)

Dated: New York, New York
August 14, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**