USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 9/2/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEVENTH REGIMENT ARMORY CONSERVANCY, INC.,

Plaintiff,

-against-

HOPE KNIGHT, *in her official capacity as President, C.E.O., and Comm'r of Empire State Development Corp.*,

Defendant.

25-cv-7373 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's conference – and on consent of the parties – document discovery will proceed as follows:

1. Electronically Stored Information. No later than **September 15, 2026**, plaintiff will apply defendant's proposed search terms to its email database, limited to the periods (i) January 1, 2004 to December 31, 2006, and (ii) January 1, 2023 to September 5, 2025, and produce all resulting relevant and non-privileged emails.

2. Documents Produced in State Court. No later than **September 15, 2026**, plaintiff will produce to defendant, for use in this case, the same documents that it produced in the related state court case (unless defendant advises that it has already received those documents through its third-party subpoena). The parties will cooperate in good faith to implement any necessary modifications or carve-outs to their existing confidentiality agreements, so that defendant can use the documents in this case.

The current close of fact discovery (and all discovery) remains **September 25, 2026**. *See* Dkt. 49. Any request to extend this deadline must be made pursuant to Moses Ind. Prac. § 2(a), for good cause shown. Prior to filing any letter-motion for an extension, the parties must meet and confer, in real time, in a good-faith effort to agree on any necessary extension.

The parties have advised the Court that they plan to file cross-motions for summary judgment. Summary judgment motions remain due to the District Judge 30 days after the close of all discovery. *See* Dkt. 44 ¶ 11. In advance of filing their respective motions for summary judgment, the parties must meet and confer, in real time, in a good-faith effort to agree on an efficient briefing schedule, which they must present to the District Judge with their initial moving papers.

Dated: New York, New York
September 2, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**